UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-cr-373-T-30AEP

AARON CARBAJAL

**FORFEITURE MONEY JUDGMENT**

Before the Court is the United States' Motion for a Forfeiture Money Judgment (Doc. 113) in the amount of $10,500.00, which upon entry shall become a final order of forfeiture as to defendant Aaron Carbajal.

The Court hereby finds that the United States has established that the amount of proceeds attributable to the defendant as a result of the methamphetamine conspiracy alleged in Count One of the Indictment, in violation of 21 U.S.C. § 846, is $10,500.00.

As defendant Aaron Carbajal has been convicted of the violation alleged in Count One, the United States is now entitled to a forfeiture money judgment against the defendant in the amount of the proceeds of the conspiracy. Accordingly, the United States' motion (Doc. 113) is GRANTED.

Pursuant to the provisions of 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Aaron Carbajal is jointly and severally liable with his co-conspirators for a forfeiture money judgment in the amount of $10,500.00,

which represents the amount of proceeds the defendant obtained as a result of the methamphetamine conspiracy as charged in Count One of the Indictment.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets, up to the amount of the $10,500.00 forfeiture money judgment, and to address any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on March 5, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-373.forfeit 113 Aaron.wpd